# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

United States Courts
Southern District of Texas
F I L E D

NOV 0 8 2021

Nathan Ochsner, Clerk of Court

CURTIS ALLEN GAMBILL, et al., §
(TDCJ-CID #805886) §
§
Plaintiffs, §
§
vs. § CIVIL ACTION H-21-1076
§
BRYAN COLLIER, et al., §
§
Defendants. §

## MOTION FOR VOLUNTARY DISMISSAL

I, _Pete Armento-Jr_ plaintiff, seek voluntary dismissal under Rule 41(a), Fed. R. Civ. P.

because I do not want to pay any more of the filing fee in this case.

_Pete Arment Jr_

Plaintiff

_Nov. 2, 2021_

Date

O:\RAO\VDG\2021\21-1076.d01.wpd

Pete Armenta #2235553
Estelle Unit
264 FM 3478
Huntsville, TX. 77320

NORTH HOUSTON TX 773

5 NOV 2021 PM7 L

United States Courts
Southern District of Texas
FILED

NOV 08 2021

Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk of Court
P.O. Box 61010
Houston, TX. 77208

77208-101010