IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS ALLEN GAMBILL, et al., | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01076 |
| BRYAN COLLIER, *et al.*, | § § | |
| *Defendants.* | § § | |

---

### DEFENDANTS MOTION FOR RECONSIDERATION

---

# EXHIBIT C

# Classification Affidavits

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No.  4:21:cv1076 |
| | § | |
| Bryan Collier, et al., | § | |
| Defendants. | § | |

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez.  I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Ricky Lee Smith, TDCJ# 00543176 / SID# 03429974.** CRD maintains these records in the regular course of business for every inmate

Smith, Ricky Lee
Page 2

TDCJ# 00543176 / SID# 03429974

confined; it was in the regular course of business for an employee or

representative of the TDCJ-CID with knowledge of the act, event, condition,

opinion, or diagnosis recorded to make the record or to transmit information

thereof to be included in such record; and the record was made at or near the

time or reasonably soon thereafter.  Based on my review of these records, the

following contains the current sentence information for Inmate Smith."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Agg Aslt P/O | Harris | 515775 | 30 Years | 11/14/1988 | 02/01/1990 | 11/14/1988 | 11/14/2018 |
| Carry Wpn in Penal Inst | Harris | 515928 | 35 Years | 11/16/1988 | 03/16/1990 | 12/20/1988 | 12/20/2023 |
| Auto Theft | Harris | 492986 | 35 Years | 01/21/1988 | 03/16/1990 | 06/04/1988 | 06/04/2023 |
| Escape | Harris | 495848 | 35 Years | 02/28/1988 | 03/16/1990 | 07/12/1988 | 07/12/2023 |
| Escape | Walker | 15,018 | 35 Years | 01/18/1988 | 12/05/1990 | 06/01/1988 | 06/01/2023 |
| Agg Aslt P/O | Harris | 540841 | 35 Years | 09/03/1989 | 03/16/1990 | 09/03/1989 | 09/03/2024 |
| Escape | Anderson | 23282 consecutive to 540841 | 99 Years | 07/07/1993 | 09/20/1995 | **03/15/2013** 01/01/2015 with 657 Days Jail Credit | 03/14/2112 |

Plaintiff was received into TDCJ custody on 04/06/1990 from Harris

County and was convicted by the 176th District Court for the following:

- Aggravated Assault on P/O, under cause number 540841 and sentenced to 35-years. Plaintiff was convicted for an offense occurring on 09/03/1989, with sentencing on 03/16/1990 and sentence to begin on 09/03/1989.

- Escape, under cause number 495848 and sentenced to 35-years. Plaintiff was convicted for an offense occurring on 02/28/1988, with sentencing on 03/16/1990 and sentence to begin on 07/12/1988.

- Auto Theft, under cause number 492986 and sentenced to 35-years. Plaintiff was convicted for an offense occurring on 01/21/1988, with sentencing on 03/16/1990 and sentence to begin on 06/04/1988.

**Smith, Ricky Lee**
**Page 3**

- Carry Weapon in Penal Inst. under cause number 515928 and sentenced to 35-years. Plaintiff was convicted for an offense occurring on 11/16/1988, with sentencing on 03/16/1990 and sentence to begin on 12/20/1988.

- Aggravated Assault on P/O under cause number 515775 and sentenced to 30-years. Plaintiff was convicted for an offense occurring on 11/14/1988, with sentencing on 02/01/1990 and sentence to begin on 11/14/1988.

Plaintiff was picked up on a bench warrant from TDCJ on 12/05/1990 by Walker County Sheriff's Office and convicted by the 12th Judicial District Court and received a 35-year sentence for the following:

- Escape, under cause number 15,018. Plaintiff was convicted for an offense that had occurred on 01/18/1988. Plaintiff was convicted on 12/05/1990, with sentence to begin on 06/01/1988.

Plaintiff escaped from TDCJ-Michael Unit in Anderson County on 07/07/1993.

Plaintiff was picked up on bench warrant from TDCJ by Anderson County Sheriff's Office on 09/20/1995 and was convicted by the Third Judicial District Court and received a 99-year sentence for the following:

- Escape, under cause number 23282. Plaintiff was convicted for the offense that occurred on 07/07/1993, with sentencing on 09/20/1995 and sentence to run consecutively to cause number 540841 with 657-days of pre-sentence jail credit.

When an inmate has consecutive sentences, the second sentence will begin when the first sentence ceases to operate. A sentence "ceases to operate" when it is served out in full day-for-day or on the date a parole panel designates as

Smith, Ricky Lee
Page 4

TDCJ# 00543176 / SID# 03429974

the date the inmate would have been released to parole but for the second sentence. Tex. Gov't Code § 508.150(b).

Plaintiff was reviewed and voted by the Board on 12/04/2001 and received a CUNR (Cumulative Next Review) vote with next review for 11/01/2004. The Board denied Plaintiff release to parole, giving the following reasons: 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), 4D (unsatisfactory institutional adjustment), and 5D (unsuccessful periods on previous parole or mandatory supervision).

https://www.tdcj.texas.gov/bpp/what_is_parole/reasons.htm

Plaintiff was reviewed and voted by the Board on 01/01/2008 and received a CUNR (Cumulative Next Review) vote with next review for 01/01/2008. The Board denied Plaintiff release to parole, giving the following reasons: 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 5D (unsuccessful periods on previous parole or mandatory supervision).

Plaintiff was reviewed and voted by the Board on 04/23/2008 and received a CUNR (Cumulative Next Review) vote with next review for 04/01/2011. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal

acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

Plaintiff was reviewed and voted by the Board on 11/20/2008 and received a CUNR (Cumulative Next Review) vote with next review for 04/01/2009. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated"), and 10D (offender is a confirmed member of one of the TDCJ-CID designated security threat groups).

Plaintiff was reviewed and voted by the Board on 03/25/2009 and received a CUNR (Cumulative Next Review) vote with next review for 03/01/2010. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"),

TDCJ# 00543176 / SID# 03429974

and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

Plaintiff was reviewed and voted by the Board on 03/18/2010 and received a CUNR (Cumulative Next Review) vote with next review for 03/01/2011. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

Plaintiff was reviewed and voted by the Board on 03/24/2011 and received a CUNR (Cumulative Next Review) vote with next review for 03/01/2012. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

Plaintiff was reviewed and voted by the Board on 07/27/2012 and received a CUNR (Cumulative Next Review) vote with next review for 07/01/2013. The

TDCJ# 00543176 / SID# 03429974

Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

Plaintiff was reviewed and voted by the Board on 11/05/2013 and received a CUNR (Cumulative Next Review) vote with next review for 10/01/2014. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), and 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated").

On 11/25/2014 the Board of Pardons and Paroles (Board) approved Plaintiff for parole with a CU-FI (Consecutive-Eligible Sentence) vote for 01/01/2015. Cause number 540841 ceased to operate on 01/01/2015, because that was the date the parole panel designated as the date he would have been released to parole, but for the second sentence. Because Plaintiff was given 657 days of jail

**Smith, Ricky Lee**
**Page 8**

credit at sentencing, the 99-year sentence in cause number 23282 began to run on 03/15/2013.

Plaintiff was reviewed and voted by the Board of Pardons and Paroles (Board) on 01/16/2020, 04/06/2021, 04/08/2022, 06/21/2023, and most recently on 07/24/2024 and received a NR (Next Review) vote until 07/01/2025. The Board denied his release to parole each time, giving the following reason: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release).

**CHARLEY VALDEZ**
**Program Supervisor V**
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the 14th day of April, 20 25 .

(Notary's Signature)
Notary Public, State of Texas



JODI CARROLL
Notary Public-State of Texas
Notary ID #18177904-8
Commission Exp. OCT. 25, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al.,<br>Plaintiffs, | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 4:21:cv1076 |
| Bryan Collier, et al.,<br>Defendants. | §<br>§<br>§<br>§ | |

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Curtis Allen Gambill, TDCJ# 00805886/ SID# 05746545.** CRD maintains these records in the regular course of business for every inmate

**Gambill, Curtis Allen**
**Page 2**

TDCJ# 00805886 / SID# 05746545

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Based on my review of these records, the following contains the current sentence information for Inmate Gambill."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Murder | Tarrant | 0009713V | Life | 10/03/1996 | 10/15/1997 | 10/23/1996 | Life |
| Conspiracy to Commit Capital Murder | Montague | 99-10-0116M-CR Consecutive to cause# 0009713V | Life | 10/03/1996 | 01/16/2002 | | |

Plaintiff was received into TDCJ custody on 12/03/1997 from Tarrant County. Plaintiff was convicted by the 297th District Court on change of venue from Montague County for the following:

- Murder, under cause number 009713V, and sentenced to Life. Plaintiff was convicted for an offense occurring on 10/03/1996 with sentencing on 10/15/1997 and sentence to begin on 10/23/1996.

Plaintiff was picked up from TDCJ on a bench warrant by Montague County Sheriff's Office on 01/03/2002.

Plaintiff was convicted by the 97th District Court of Montague County for the following:

**Gambill, Curtis Allen**
**Page 3**

TDCJ# 00805886 / SID# 05746545

- Conspiracy to Commit Capital Murder under cause number 99-10-0116M-CR and sentenced to Life. Inmate Gambill was convicted for an offense occurring on 10/03/1996, with sentencing on 01/16/2002 and sentence to run consecutive to cause number 0009713V.

When an inmate has consecutive sentences, the second sentence will begin when the first sentence ceases to operate. A sentence "ceases to operate" when it is served out in full day-for-day or on the date a parole panel designates as the date the inmate would have been released to parole but for the second sentence.

Plaintiff escaped from Montague County Sheriff's Office custody on 01/29/2002 and was re-captured on 02/07/2002 in Carter County Oklahoma. Plaintiff was returned to TDCJ on 03/01/2002. Plaintiff will be eligible for parole review on 10/31/2026 on cause number 0009713V and must complete 30 calendar years of flat time.

**CHARLEY VALDEZ**
Program Supervisor V
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the __14__ day of __April__ , 20__25__ .

(Notary's Signature)
Notary Public, State of Texas

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al., Plaintiffs, | § § § | |
| v. | § § | Case No. 4:21:cv1076 |
| Bryan Collier, et al., Defendants. | § § § | |

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Raymond Tyson Winfield, TDCJ# 01164103 / SID# 06930009.** CRD maintains these records in the regular course of business for every inmate

**Wingfield, Raymond Tyson**                **TDCJ# 01164103 / SID# 06930009**
**Page 2**

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Based on my review of these records, the following contains the current sentence information for Inmate Wingfield."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Series I | | | | | | | |
| Murder | Collin | 199-81289-02 | 60 Years | 05/16/2002 | 05/12/2003 | 05/23/2002 | 05/23/2062 |
| Agg Aslt Public Servant | Houston | 05-CR-009 count 1 consecutive to 199-81289-02 | 40 Years | 06/01/2004 | 11/02/2007 | **02/07/2059** 05/23/2062 minus 1101-days jail credit | 02/07/2099 |
| Series II | | | | | | | |
| Murder | Collin | 199-81289-02 | 60 Years | 05/16/2002 | 05/12/2003 | 05/23/2002 | 05/23/2062 |
| Agg Aslt Public Servant | Houston | 05-CR-009 count 2 consecutive to 199-81289-02 | 40 Years | 06/01/2004 | 11/02/2007 | **02/07/2059** 05/23/2062 minus 1101-days jail credit | 02/07/2099 |
| Series III | | | | | | | |
| Murder | Collin | 199-81289-02 | 60 Years | 05/16/2002 | 05/12/2003 | 05/23/2002 | 05/23/2062 |
| Agg Aslt W/DW | Houston | 05-CR-009 count 3 consecutive to 199-81289-02 | 25 Years | 06/01/2004 | 11/02/2007 | **02/07/2059** 05/23/2062 minus 1101-days jail credit | 02/07/2084 |
| Series IV | | | | | | | |
| Murder | Collin | 199-81289-02 | 60 Years | 05/16/2002 | 05/12/2003 | 05/23/2002 | 05/23/2062 |
| Attempted Escape | Houston | 05-CR-009 count 4 consecutive to 199-81289-02 | 25 Years | 06/01/2004 | 11/02/2007 | **02/07/2059** 05/23/2062 minus 1101-days jail credit | 02/07/2084 |
| Attempted Murder | Collin | 199-81290-02 | 20 Years | 05/16/2002 | 05/12/2003 | 05/23/2003 | Discharged 05/23/2022 |
| Retaliation | Collin | 199-81888-02 | 10 Years | 07/15/2002 | 05/12/2003 | 11/12/2002 | Discharged 11/11/2012 |

**Wingfield, Raymond Tyson**          **TDCJ# 01164103 / SID# 06930009**
**Page 3**

Plaintiff was received into TDCJ custody on 05/15/2003 from Collin County and was convicted by the 199th Judicial District Court for the following:

- Murder, under cause number 199-81289-02 and sentenced to 60-years. Plaintiff was convicted for an offense occurring on 05/16/2002, with sentencing on 05/12/2003 and sentence to begin on 05/23/2002.
- Attempted Murder, under cause number 199-81290-02 and sentenced to 20-years. Plaintiff was convicted for an offense occurring on 05/16/2002, with sentencing on 05/12/2003 and sentence to begin on 05/23/2002.
- Retaliation, under cause number 199-81888-02 and sentenced to 10-years. Plaintiff was convicted for an offense occurring on 07/15/2002, with sentencing on 05/12/2003 and sentence to begin on 11/12/2002.

While confined at the TDCJ-Eastham Unit, now know as the Wainwright Unit in Houston County, Plaintiff was charged with Aggravated Assault on Public Servant (2-counts), Aggravated Assault W/DW, and Attempted Escape.

On 11/01/2007, Plaintiff was picked up from TDCJ custody on a bench warrant by Houston County Sheriff's Office and was convicted by the 349th District Court for the following:

- Aggravated Assault Public Servant, under cause number 05-CR-009 (count 1) and sentenced to 40-years. Plaintiff was convicted for an offense occurring on 06/01/2004, with sentencing on 11/02/2007 and sentence to run consecutively to cause number 199-81289-02, with 1101-days of pre-sentence jail credit.
- Aggravated Assault Public Servant, under cause number 05-CR-009 (count 2) and sentenced to 40-years. Plaintiff was convicted for an offense occurring on 06/01/2004, with sentencing on 11/02/2007 and sentence to run consecutively to cause number 199-81289-02, with 1101-days of pre-sentence jail credit.

**Wingfield, Raymond Tyson**                    **TDCJ# 01164103 / SID# 06930009**
**Page 4**

- Aggravated Assault W/DW, under cause number 05-CR-009 (count 3) and sentenced to 25 years. Plaintiff was convicted for an offense occurring on 06/01/2004, with sentencing on 11/02/2007 and sentence to run consecutively to cause number 199-81289-02, with 1101-days of pre-sentence jail credit.

- Attempted Escape, under cause number 05-CR-009 (count 4) and sentenced to 25-years. Plaintiff was convicted for an offense occurring on 06/01/2004, with sentencing on 11/02/2007 and sentence to run consecutively to cause number 199-81289-02, with 1101-days of pre-sentence jail credit.

When an inmate has consecutive sentences, the second sentence will begin when the first sentence ceases to operate. A sentence "ceases to operate" when it is served out in full day-for-day or on the date a parole panel designates as the date the inmate would have been released to parole but for the second sentence.

Plaintiff will be eligible for parole review on 05/23/2032 on cause number 199-81289-02 and must complete 30 calendar years of flat time. Tex. Gov't. Code § 508.145.

**CHARLEY VALDEZ**
**Program Supervisor V**
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the 14th day of April, 2025.

JODI CARROLL
Notary Public-State of Texas
Notary ID #16177904-8
Commission Exp. OCT. 25, 2026
Notary without Bond

(Notary's Signature)
Notary Public, State of Texas

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Curtis Allen Gambill, et al.,     §
Plaintiffs,     §
    §
v.     §     Case No.  4:21:cv1076
    §
Bryan Collier, et al.,     §
Defendants.     §

### AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez.  I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Mark Anthony Reyna, TDCJ# 01213971 / SID# 05497852.** CRD maintains these records in the regular course of business for every inmate

**Reyna, Mark Anthony**
**Page 2**

TDCJ# 01213971 / SID# 05497852

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Based on my review of these records, the following contains the current sentence information for Inmate Reyna."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Robbery | Hidalgo | CR-0403-03-G | Life | 11/13/2002 | 01/16/2004 | 11/20/2002 | Life |
| Agg Aslt On Public Servant | Jefferson | 96987 consecutive to cause # CR-0403-03-G | 10 Years | 06/10/2005 | 07/24/2006 | | |
| Robbery | Hidalgo | CR-0394-03-G | Life | 11/17/2002 | 01/16/2004 | 11/20/2002 | Life |

Plaintiff was received into TDCJ custody on 02/11/2004 from Hidalgo County on (two) Life sentences. Plaintiff was convicted by the 270th District Court for the following:

- Robbery, under cause number CR-0403-03-G. Plaintiff was convicted for an offense occurring on 11/13/2002, with sentencing on 01/16/2004 and sentence to begin on 11/20/2002.

- Robbery, under cause number CR-0394-03-G. Plaintiff was convicted for an offense occurring on 11/17/2002, with sentencing on 01/16/2004 and sentence to begin on 11/20/2002.

While confined at the TDCJ-Stiles Unit in Jefferson County, Plaintiff was charged with Aggravated Assault on Public Servant. Plaintiff was picked up on a bench warrant by Jefferson County Sheriff's Office on 07/24/2006 from

**Reyna, Mark Anthony**
**Page 3**

TDCJ and was convicted by the Criminal District Court of Jefferson County

and received a 10-year sentence for the following:

- Aggravated Assault on Public Servant, under cause number 96987.
  Plaintiff was convicted for an offense occurring on 06/10/2005, with
  sentencing on 07/24/2006 with sentence to run consecutively to cause
  number CR-0403-03-G with 115 days of jail credit.

When an inmate has consecutive sentences, the second sentence will begin

when the first sentence ceases to operate – when it is served out in full day-for-

day or on the date a parole panel designates as the date the inmate would have

been released to parole but for the second sentence.

Plaintiff was reviewed and voted by the Board on 09/05/2017 and received

a CUNR (Cumulative Next Review) vote with next review for 08/01/2022. The

Board denied Plaintiff release to parole, giving the following reasons: 1D

(repeated criminal episodes which indicate predisposition to commit criminal

acts upon release), 2D ("offense has elements of brutality, violence, assaultive

behavior . . . such that offender poses a continuing threat to public safety"), 3D,

("excessive substance use involvement") and 4D (unsatisfactory institutional

adjustment).

https://www.tdcj.texas.gov/bpp/what_is_parole/reasons.htm

Plaintiff was removed from parole review because of a major disciplinary

offense that occurred on 05/03/2022.

Plaintiff was reviewed and voted by the Board on 07/08/2024 and received

**Reyna, Mark Anthony**
**Page 4**

TDCJ# 01213971 / SID# 05497852

a CUNR (Cumulative Next Review) vote with next review for 07/01/2026. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 2D ("offense has elements of brutality, violence, assaultive behavior . . . such that offender poses a continuing threat to public safety"), 8D (has been charged before a magistrate, indicted, or convicted by a court of competent jurisdiction, with a felony offense committed while incarcerated"), and 11D (offender declined scheduled interview).

**CHARLEY VALDEZ**
**Program Supervisor V**
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the __14__ day of __April__, 20__25__.

_____
(Notary's Signature)
Notary Public, State of Texas

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Curtis Allen Gambill, et al.,  §
Plaintiffs,  §
  §
  §
v.  §          Case No.  4:21:cv1076
  §
Bryan Collier, et al.,  §
Defendants.  §

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Jesse Wade Holt, TDCJ# 01362684 / SID# 04171418.** CRD maintains these records in the regular course of business for every inmate

**Holt, Jesse Wade**
**Page 2**

**TDCJ# 01362684 / SID# 04171418**

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  Based on my review of these records, the following contains the current sentence information for Inmate Holt."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Agg Aslt Public Servant | Dallas | F05-00835-UQ | 45 Years | 11/22/2002 | 09/08/2005 | 10/13/2004 | 10/13/2049 |
| Poss C/Subs | Anderson | 87CR17-33229 Consecutive to cause# F05-00835-UQ | 6 Years | 01/14/2017 | 03/09/2018 | 10/13/2049 with **324-days** jail credit | 11/19/2048 |
| Evading Arrest Detention | Dallas | F-05-00830-UQ | 25 Years | 11/22/2002 | 09/08/2005 | 10/13/2004 | 10/13/2029 |
| Poss C/Subs | Dallas | F-0500833-UQ | 10 Years | 09/23/2003 | 03/30/2006 | 12/03/2004 | 12/03/2014 |
| Theft Prop | Dallas | F-0500834-UQ | 10 Years | 10/25/2002 | 03/30/2006 | 12/03/2004 | 12/03/2014 |
| Agg Aslt Public Servant | Dallas | F-0500836-UQ | 5 Years | 11/22/2002 | 03/30/2006 | 12/03/2004 | 12/03/2009 |
| Agg Aslt Public Servant | Wood | 19,240-2006 | 12 Years | 01/19/2004 | 02/16/2006 | 02/11/2004 | 02/11/2016 |
| Attempted Escape | Wood | 18,276-2004 | 12 Years | 01/19/2004 | 02/16/2006 | 02/11/2004 | 02/11/2016 |

Plaintiff was received into TDCJ custody on 05/02/2006 from Dallas County. Plaintiff was convicted by the 204th Judicial District Court for the following:

- Aggravated Assault on Public Servant and sentenced to 45-years under cause number F05-00835-UQ. Plaintiff was convicted for an offense occurring on 11/22/2002, with sentencing on 09/08/2005 and sentence to begin on 10/13/2004.

**Holt, Jesse Wade**                              **TDCJ# 01362684 / SID# 04171418**
**Page 3**

- Evading Arrest Detention W/Vehicle and sentenced to 25-year under cause number F05-00830-UQ. Plaintiff was convicted for an offense occurring on 11/22/2002, with sentencing on 09/08/2005 and sentence to begin on 10/13/2004.

- Poss C/Subs and sentenced to 10-Years under cause number F-0500833-UQ. Plaintiff was convicted for an offense occurring on 09/23/2003, with sentencing on 03/30/2006 and sentence to begin on 12/03/2004.

- Theft Property and sentenced to 10-years under cause number F-0500834-UQ. Plaintiff was convicted for an offense occurring on10/25/2002, with sentencing on 03/30/2006 and sentence to begin on 12/03/2004.

- Agg Aslt Public Servant and sentenced to 5-years under cause number F-0500836-UQ. Plaintiff was convicted for an offense occurring on 11/22/2020 with sentencing on 03/30/2006 and sentence to begin on 12/03/2004.

Plaintiff was also convicted by the 402nd Judicial District Court of Wood

County and received (two) 12-year sentences for the following:

- Agg Aslt Public Servant, under cause number 19,240-2006. Plaintiff was convicted for an offense occurring on 01/19/2004, with sentencing on 02/16/2006 and sentence to begin on 02/11/2004.

- Attempted Escape, under cause number 18,276-2004. Plaintiff was convicted for an offense occurring on 01/19/2004, with sentencing on 02/16/2006 and sentence to begin on 02/11/2004.

While confined at the TDCJ-Coffield Unit in Anderson County, Plaintiff

was charged with Possession of Controlled Substance. Plaintiff was picked up

on a bench warrant by Anderson County Sheriff's Office on 03/09/2018 from

TDCJ and was convicted by the Third Judicial District Court of Anderson and

received a 6-year sentence for the following:

**Holt, Jesse Wade**
**Page 4**

**TDCJ# 01362684 / SID# 04171418**

- Poss Subs, under cause number 876CR17-33229. Plaintiff was convicted for an offense occurring on 01/14/2017, with sentencing on 03/09/2018 and sentence to run consecutively to cause number F05-00835-UQ with 324-days of jail credit.

Plaintiff will be eligible for parole review on 04/14/2027 after he has served one-half (22 ½ years) of his 45-year sentence as calendar flat time. Texas Government Code § 508.145.

_____

**CHARLEY VALDEZ**
**Program Supervisor**
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the __14__ day of __April__,
20__25__.

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

_____
(Notary's Signature)
Notary Public, State of Texas

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al.,<br>Plaintiffs,<br><br>v.<br><br>Bryan Collier, et al.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:21:cv1076 |

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Britney Beatrice Gulley, TDCJ# 01601283 / SID# 07108947.** CRD maintains these records in the regular course of business for every inmate

**Gulley, Britney Beatrice**                    **TDCJ# 01601283 / SID# 07108947**
**Page 2**

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Based on my review of these records, the following contains the current sentence information for Inmate Gulley."

| Offenses | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Murder | Dallas | F-0862076-Y | 60 Years | 10/04/2008 | 09/21/2009 | 10/22/2008 | 10/22/2068 |
| Agg Aslt W/DW | Dallas | F-0862250-Y | 20 Years | 10/04/2008 | 09/21/2009 | 10/22/2008 | 10/22/2028 |
| Murder | Dallas | F-0862249-Y | 60 Years | 09/27/2008 | 09/21/2009 | 10/23/2008 | 10/23/2068 |
| Assault On Public Servant | Coryell | FAM-14-22342 consecutive to F-0862249-Y | 15 Years | 06/22/2012 | 10/10/2014 | **07/03/2066** 10/23/2068 minus 840-days jail credit | 07/03/2081 |

Plaintiff was received into TDCJ custody on 10/29/2009 from Dallas County.

Plaintiff was convicted by the Criminal District Court #7 for the following:

- Murder, under cause number F-0862076-Y and sentenced to 60 years. Plaintiff was convicted for an offense occurring on 10/04/2008, with sentencing on 09/21/2009 and sentence to begin on 10/22/2008.

- Murder, under cause number F-0862249-Y and sentenced to 60 years. Plaintiff was convicted for an offense occurring on 09/27/2008, with sentencing on 09/21/2009 and sentence to begin on 10/23/2008.

- Aggravated Assault W/DW, under cause number F-0862250-Y and sentenced to 20 years. Plaintiff was convicted for an offense occurring on 10/04/2008, with sentencing on 09/21/2009 and sentence to begin on 10/22/2008.

**Gulley, Britney Beatrice**                    **TDCJ# 01601283 / SID# 07108947**
**Page 3**

While confined at the TDCJ-Mountain View Unit in Coryell County, Plaintiff was charged with Assault on a Public Servant.

Plaintiff was picked up on a bench warrant from TDCJ custody on 10/10/2014 by Coryell County Sheriff's Office and was convicted by the 52nd Judicial District Court of Coryell County for the following:

- Assault on a Public Servant, under cause number FAM-14-22342 and sentenced to 15 years. Plaintiff was convicted for an offense occurring on 06/22/2012, with sentencing on 10/10/2014 with sentence to run consecutively to cause number F-0862249-Y with 840 days of pre-sentence jail credit.

When an inmate has consecutive sentences, the second sentence will begin when the first sentence ceases to operate. A sentence "ceases to operate" when it is served out in full day-for-day or on the date a parole panel designates as the date the inmate would have been released to parole but for the second sentence.

Plaintiff will be eligible for parole review on 10/23/2038 on cause number F-0862249-Y and must complete 30 calendar years of flat time. Tex. Gov't. Code § 508.145.

**Gulley, Britney Beatrice**
**Page 4**

TDCJ# 01601283 / SID# 07108947

_____
CHARLEY VALDEZ
Program Supervisor V
**Classification and Records**
**Texas Department of Criminal Justice**
**Correctional Institutions Division**

Sworn to and subscribed before me on the __14th__ day of __April__,
20__25__.

_____
(Notary's Signature)
Notary Public, State of Texas

JODI CARROLL
Notary Public-State of Texas
Notary ID #18177904-8
Commission Exp. OCT. 25, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No.  4:21:cv1076 |
| | § | |
| Bryan Collier et al., | § | |
| Defendants. | § | |

### AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Eddie Ray Fowler Jr., TDCJ# 02231555 / SID# 05378735.** CRD maintains these records in the regular course of business for every inmate

Fowler, Eddie Ray Jr.                    TDCJ# 02231555 / SID# 05378735
Page 2

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  Based on my review of these records, the following contains the current sentence information for Inmate Fowler."

| Offense | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|
| Obstruction / Retaliation | Johnson | DC-F201800445 | 20 Years | 03/08/2018 | 10/29/2018 | 09/06/2018 | 09/06/2038 |

Plaintiff was convicted by the 413th District Court of Johnson County on he above offense and was received into TDCJ on 12/05/2018.

Plaintiff was reviewed and voted by the Board on 09/08/2020 and received a NR (Next Review) vote with next review for 09/01/2021. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 3D, ("excessive substance use involvement") and  5D (unsuccessful periods on previous parole or mandatory supervision).

https://www.tdcj.texas.gov/bpp/what_is_parole/reasons.htm

Plaintiff was reviewed and voted by the Board on 08/25/2021 and received a NR (Next Review) vote with next review for 08/01/2022. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal

Fowler, Eddie Ray Jr.
Page 3

TDCJ# 02231555 / SID# 05378735

episodes which indicate predisposition to commit criminal acts upon release),
and 5D (unsuccessful periods on previous parole or mandatory supervision).

Plaintiff was removed from parole review because of a major disciplinary
case that occurred on 04/13/2022.

Plaintiff was reviewed and voted by the Board on 02/09/2023 and received
a NR (Next Review) vote with next review for 02/01/2024. The Board denied
Plaintiff release to parole, giving the following reasons: 1D (repeated criminal
episodes which indicate predisposition to commit criminal acts upon release),
3D, ("excessive substance use involvement"), and 5D (unsuccessful periods on
previous parole or mandatory supervision).

Plaintiff was removed from parole review because of a major disciplinary
Case that occurred on 01/05/2024.

Plaintiff was reviewed and voted by the Board on 08/13/2024 and received
a NR (Next Review) vote with next review for 08/01/2025. The Board denied
Plaintiff release to parole, giving the following reasons: 1D (repeated criminal
episodes which indicate predisposition to commit criminal acts upon release),
3D, ("excessive substance use involvement"), 4D (unsatisfactory institutional
adjustment), and 5D (unsuccessful periods on previous parole or mandatory
supervision).

Fowler, Eddie Ray Jr.
Page 4

TDCJ# 02231555 / SID# 05378735

**CHARLEY VALDEZ**
Program Supervisor V
Classification and Records
Texas Department of Criminal Justice
Correctional Institutions Division

Sworn to and subscribed before me on the __14__ day of __April__ ,
20__25__.

_____
(Notary's Signature)
Notary Public, State of Texas

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Curtis Allen Gambill, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No.  4:21:cv1076 |
| | § | |
| Bryan Collier, et al., | § | |
| Defendants. | § | |

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Prescilliano Martinez, TDCJ# 02323270 / SID# 05793668.** CRD maintains these records in the regular course of business for every inmate

Martinez, Prescilliano
Page 2

TDCJ# 02323270 / SID# 05793668

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. Based on my review of these records, the following contains the current sentence information for Inmate Martinez."

| Offense | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Maximum Discharge Date |
|---------|--------|--------------|----------|-----------------|---------------|---------------------|------------------------|
| Poss C/Subs | Bee | CR2002019 | 30 Years | 07/11/2019 | 07/16/2020 | 07/11/2019 | 07/10/2049 |

Plaintiff was convicted by the 156th District Court of Bee County on the above offense and was received into TDCJ on 10/20/2020.

Plaintiff was reviewed and voted by the Board on 12/02/2022 and received a NR (Next Review) vote with next review for 11/01/2023. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 3D, ("excessive substance use involvement") and  5D (unsuccessful periods on previous parole or mandatory supervision).

https://www.tdcj.texas.gov/bpp/what_is_parole/reasons.htm

Plaintiff was reviewed and voted by the Board on 12/14/2023 and received a NR (Next Review) vote with next review for 12/01/2024. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal

Martinez, Prescilliano
Page 3

TDCJ# 02323270 / SID# 05793668

episodes which indicate predisposition to commit criminal acts upon release),
and 3D, ("excessive substance use involvement").

Plaintiff was reviewed and voted by the Board on 01/07/2025 and received
a NR (Next Review) vote with next review for 01/01/2026. The Board denied
Plaintiff release to parole, giving the following reasons: 1D (repeated criminal
episodes which indicate predisposition to commit criminal acts upon release),
3D, ("excessive substance use involvement"), and 5D (unsuccessful periods on
previous parole or mandatory supervision).

CHARLEY VALDEZ
Program Supervisor V
Classification and Records
Texas Department of Criminal Justice
Correctional Institutions Division

Sworn to and subscribed before me on the 14 day of April,
2025.

(Notary's Signature)
Notary Public, State of Texas

DONNA MARIE BELL
Notary Public-State of Texas
Notary ID #111444-9
Commission Exp. AUG. 24, 2026
Notary without Bond

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Curtis Allen Gambill, et al.,          §
Plaintiffs,                            §
                                       §
                                       §
v.                                     §          Case No.  4:21:cv1076
                                       §
Bryan Collier et al.,                  §
Defendants.                            §

## AFFIDAVIT OF CHARLEY VALDEZ

**STATE OF TEXAS**

**COUNTY OF WALKER**

BEFORE ME, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Charley Valdez, who, after being duly sworn, deposes as follows:

"My name is Charley Valdez. I am over twenty/one years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

I am employed as Program Supervisor V for the Classification and Records Department (CRD) of the Texas Department of Criminal Justice/Correctional Institutions Division (TDCJ-CID), and my office is located in Huntsville, Texas. I have reviewed time records kept by the CRD regarding Inmate **Jerrod Edward Lee Spencer, TDCJ# 02403863 / SID# 08430489.** CRD maintains these records in the regular course of business for every inmate

**Spencer, Jerrod Edward Lee**       **TDCJ# 02403863 / SID# 08430489**
**Page 2**

confined; it was in the regular course of business for an employee or representative of the TDCJ-CID with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter.  Based on my review of these records, the following contains the current sentence information for Inmate Spencer."

| Offense | County | Cause Number | Sentence | Date of Offense | Sentence Date | Sentence Begin Date | Projected Discretionary Mandatory Supervision Release Date | Maximum Discharge Date |
|---|---|---|---|---|---|---|---|---|
| Poss S/Subs | Gray | 11979 | 12 Years | 04/12/2022 | 07/14/2022 | 04/12/2022 | 05/03/2027 | 04/12/2034 |
| Poss C/Subs | Gray | 11980 | 12 Years | 03/28/2022 | 07/14/2022 | 03/28/2022 | 04/19/2027 | 03/28/2034 |
| Poss C/Subs | Hutchinson | 12796 | 10 Years | 05/01/2021 | 07/21/2022 | 04/11/2022 | 07/13/2026 | 04/10/2032 |

Plaintiff was received into TDCJ on 08/09/2022 from Gray County on (two) 12-year sentences. Plaintiff was convicted by the 223rd Judicial District Court for the following:

- Possession C/Subs, under cause number 11979. Plaintiff was convicted for an offense occurring on 04/12/2022, with sentencing on 07/14/2022 and sentence to begin on 04/12/2022.
- Poss C/Subs, udder cause number 11980. Plaintiff was convicted for an offense occurring on 03/28/2022, with sentencing on 07/14/2022 and sentence to begin on 03/28/2022.

Plaintiff was also convicted by the 84th District Court of Hutchinson County and received a 10-year sentence for the following:

**Spencer, Jerrod Edward Lee**
**Page 3**

**TDCJ# 02403863 / SID# 08430489**

- Possession C/Subs, under cause number 12796. Plaintiff was convicted for an offense occurring on 05/01/2021, with sentencing on 07/21/2022 and sentence to begin on 04/11/2022.

Plaintiff was reviewed and voted by the Board on 04/09/2024 and received a NR (Next Review) vote with next review for 04/01/2025. The Board denied Plaintiff release to parole, giving the following reasons: 1D (repeated criminal episodes which indicate predisposition to commit criminal acts upon release), 3D, ("excessive substance use involvement") and 10D (offender is a confirmed member of one of the TDCJ-CID designated security threat groups).

https://www.tdcj.texas.gov/bpp/what_is_parole/reasons.htm

In addition to being eligible for release to parole, Plaintiff is eligible for release to discretionary mandatory supervision (DMS). Tex. Gov't Code §§ 508.147 (eligible when time served plus good time equals sentence), 508.149. Texas Government Code Section 508.149(b) provides that an offender may not be released to mandatory supervision if a parole panel determines that:

(1) the inmate's accrued good conduct time is not an accurate reflection of the inmate's potential for rehabilitation; and

(2) the inmate's release would endanger the public.

This determination is not subject to administrative or judicial review. Tex. Gov't Code § 508.149(d), 1997.

Spencer, Jerrod Edward Lee
Page 4

TDCJ# 02403863 / SID# 08430489

**CHARLEY VALDEZ**
Program Supervisor V
Classification and Records
Texas Department of Criminal Justice
Correctional Institutions Division

Sworn to and subscribed before me on the 14th day of April,
20 25 .

(Notary's Signature)
Notary Public, State of Texas

JODI CARROLL
Notary Public-State of Texas
Notary ID #18177904-8
Commission Exp. OCT. 25, 2026
Notary without Bond