IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS ALLEN GAMBILL, et al., | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. 4:21-cv-01076 |
| BRYAN COLLIER, *et al.*, | § § | |
| *Defendants.* | § | |

**JANUARY 7, 2026 DISCOVERY DISPUTE LETTER TO
JUDGE TIPTON BY DEFENDANTS**

# EXHIBIT A

# January 5, 2026 Email from Maryam Ghaffar

| | |
|---|---|
| **From:** | Maryam Ghaffar |
| **To:** | Briana Webb; Michael Calb |
| **Cc:** | Deborah Woltersdorf; Alex B. Roberts; Randy Hiroshige; Travis Fife; Molly Petchenik; Ashlee McCrary; Sarah Beebe; Shaun Dodson; Danyelle Honoré; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence |
| **Subject:** | RE: Gambill v Collier REVISED -Defendant Lumpkin"s First Set of Interrogatories to Plaintiffs |
| **Date:** | Monday, January 5, 2026 5:47:10 PM |

Briana,

==You are correct that Plaintiffs still require the individualized discovery for the class members.==

We will review your draft motions and get back to you in the next couple of days. Thank you for putting them together.

Michael, nice to meet you. We look forward to working with you.

Maryam

## MARYAM GHAFFAR
*Associate*

**Beck Redden LLP**
(713) 951-6208 | phone
(713) 951-3720 | fax



1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

**website | bio | linkedin | vCard | map | mghaffar@beckredden.com**

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Briana Webb <Briana.Webb@oag.texas.gov>
**Sent:** Monday, January 5, 2026 2:02 PM
**To:** Maryam Ghaffar <mghaffar@beckredden.com>
**Cc:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Alex B. Roberts <aroberts@beckredden.com>; Randy Hiroshige <randy@texascivilrightsproject.org>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>; Michael Calb <Michael.Calb@oag.texas.gov>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

*** This message came from outside Beck Redden LLP. ***

Re: the individualized discovery, TDCJ still objects to individualized discovery for class members and seeks a protective order on that basis. This was argued in TDCJ's first letter, motion for reconsideration, and letter in response to plaintiff's letter. It's my understanding that Plaintiffs still require individualized discovery to be necessary to prove their claim in this case (please confirm)? Although the parties are currently conducting discovery for the first tranche, Plaintiffs/class members "have not waived" any further individualized discovery so the issue is still ripe. Now that the motion for reconsideration is ruled on and the court further clarified its position on the common issues of law, TDCJ intends to file an updated letter with the court. I will email this to the court today.

Attached are the draft motions.

I also cc'd Michael Calb, who will be stepping in for me while I'm out. He will file an appearance today.


**Briana M. Webb**
Division Chief
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151


CONFIDENTIALITY NOTE: This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

---

**From:** Maryam Ghaffar <mghaffar@beckredden.com>
**Sent:** Monday, January 5, 2026 9:26 AM
**To:** Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Alex B. Roberts <aroberts@beckredden.com>; Randy Hiroshige <randy@texascivilrightsproject.org>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

Good morning Briana,

Thank you for providing us a date certain for the outstanding discovery. We will let the Court know that the parties were able to work through Plaintiffs' discovery dispute at this time.

Can you explain what you mean by individualized discovery? Do you mean discovery related to the individual class members?

Also, do you still plan on sending us a draft Motion to Amend the DCO and Motion for appointment of a mediator?

Thanks,
Maryam

**MARYAM GHAFFAR**
*Associate*

**Beck Redden LLP**
(713) 951-6208 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010

website | bio | linkedin | vCard | map | mghaffar@beckredden.com

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Briana Webb <Briana.Webb@oag.texas.gov>
**Sent:** Saturday, January 3, 2026 4:19 AM
**To:** Maryam Ghaffar <mghaffar@beckredden.com>; Randy Hiroshige <randy@texascivilrightsproject.org>
**Cc:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** Re: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

*** This message came from outside Beck Redden LLP. ***

TDCJ can provide the pending discovery by Feb 13.

TDCJ also still intends to seek protection from the court on the individualized discovery in a class action case as set out in its letters, so will inform the court of that

Monday.

Get Outlook for iOS

**From:** Maryam Ghaffar <mghaffar@beckredden.com>
**Sent:** Friday, January 2, 2026 12:36:17 PM
**To:** Randy Hiroshige <randy@texascivilrightsproject.org>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

Briana,

I hope you had a good New Year. I am checking in to see whether you had an update on our discovery concerns raised on our last call. Specifically, whether TDCJ can provide a date certain for when we can expect the outstanding documents we've requested? We agreed to provide the Court with an update on January 5th as to the status of the discovery dispute, which is this upcoming Monday. If you're able to provide us with Defendants' position, we can plan accordingly for Monday.

Thanks,
Maryam

**MARYAM GHAFFAR**
*Associate*

**Beck Redden LLP**
(713) 951-6208 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
**website | bio | linkedin | vCard | map | mghaffar@beckredden.com**

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Randy Hiroshige <randy@texascivilrightsproject.org>
**Sent:** Friday, December 19, 2025 3:09 PM
**To:** Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Maryam Ghaffar <mghaffar@beckredden.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** Re: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

*** This message came from outside Beck Redden LLP. ***

Briana,

Thanks again for the updates on our outstanding discovery requests.
As I mentioned on the call, here is a list of what we have already received and what we are still waiting on from the first wave of productions that we agreed to in August:
**Received:**
- **Grievance summaries** for all 21 Class Members in first tranche.
- **ITPs** for: Ortiz, Mendoza, Scott, London, Garza, Burell, Graham, Fields, Holbert, Odum, Dotson, Sneed, Jones, Williams, Johnson, Garcia, Singleton, Turner, Rodrigues
- **Classification docs** for: Burell, Dotson, Garcia, Graves, Mendoza, Odum, Sneed
- **Unit schedules** for: Beto, Connally, Eastham, Robertson, Wainwright.
- **Available Programming in G4/G5/ad seg** for: Allred, Clements, McConnell, Wainwright

**Waiting on:**
- **ITPs** for: Graves, McDonald.
- **Classification docs** for: Ortiz, Scott, London, Garza, Graham, Fields, Holbert, Jones, Williams, Johnson, Singleton, Turner, Rodrigues, McDonald
- **Disciplinary summaries** for all 21 Class Members in first tranche.
- **Enrollment in and completion of programming** for all 21 Class Members in first tranche.
- **Unit schedules** for**:** Hughes, Allred, Clements, Crain, Coffield, Ellis, Estelle, Ferguson, Lewis, McConnell, Memorial, Michael, Murray, Polunsky, Stiles, Telford, Wynne
- **Available Programming in G4/G5/ad seg** for: Hughes, Beto, Crain, Coffield, Connally, Ellis, Estelle, Ferguson, Lewis, Memorial, Michael, Murray, Polunsky, Robertson, Stiles, Telford, Wynne
- **Emails** regarding the placement, maintenance, or removal of SPD codes for all Named Plaintiffs and 21 Class Members in first tranche
- **Emails** discussing the interpretation of AD 04.11, including internal guidance documents, emails, or memoranda circulated to TDCJ employees.

Deborah mentioned that the 9th Supplemental Disclosure includes some more Unit

schedules, so this list isn't entirely up to date because we have not had a chance to review that production yet.

For the documents we are still waiting on, you agreed to speak with your clients and provide us, by January 5, with a date certain by which Defendants will produce the remainder of the documents so we can update the Court on whether there is still an ongoing discovery dispute. Additionally, please tell us which requests TDCJ could not find responsive documents for.

We'll keep an eye out for your draft motion to amend the DCO and motion requesting a settlement conference.
Appreciate you meeting with us on short notice and Happy Holidays!

Thanks,
Randy


On Thu, Dec 18, 2025 at 3:27 PM Briana Webb <Briana.Webb@oag.texas.gov> wrote:

2pm works. I will circulate a teams invite.

Thanks,

**Briana M. Webb**
Division Chief
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151


CONFIDENTIALITY NOTE:  This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

---

**From:** Maryam Ghaffar <mghaffar@beckredden.com>
**Sent:** Thursday, December 18, 2025 2:09 PM
**To:** Briana Webb <Briana.Webb@oag.texas.gov>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>
**Cc:** Randy Hiroshige <randy@texascivilrightsproject.org>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to

Plaintiffs

Briana,

Thank you for agreeing to extend the deadline for our interrogatory responses and for sending over the protective order language. We will review that and get back to you.

We would like more clarity regarding your request for a limited stay of discovery. In light of the Court's order last night denying Defendants' Motion for Reconsideration and the email we received from the Court on the status of the parties' discovery dispute, we agree that a prompt meet-and-confer would be helpful to discuss the scope and purpose of any stay and explore whether there is a path that addresses our concerns regarding Defendants' ongoing discovery deficiencies.

Our view is that a discovery dispute still persists. Defendants have yet to produce several categories of documents that were promised in August and again in November. We accommodated TDCJ by agreeing to rolling production, but the prolonged delays have prejudiced Plaintiffs; we are still waiting on the same materials months later. This includes email communications—of which we have received none. That said, we are not in a position to agree to a limited stay without understanding how it would meaningfully advance the case for Plaintiffs. For example, we need clarity on what the discovery coverage will look like during your absence, when we can expect the remaining documents, and which deadlines you propose are stayed and which are kept in place.

As you noted, the parties may be in a position to discuss settlement, and we would appreciate your view on TDCJ's willingness to engage on the terms. As a follow up from our November meet and confer, I am attaching here Plaintiffs' Settlement Proposal. We request a response from TDCJ by January 5, at the latest, so that we can determine whether settlement appears viable and put a plan in motion for advancing those discussions before you take your leave. We would also like further clarity on what coverage of settlement discussions will look like in your absence.

We are available for a call tomorrow afternoon at 2pm. Does that work for you? If that does not work, please propose a few times that do. In the interim, we are happy to let the Court know that we are conferring about the dispute outlined in our respective letters.

Maryam


**MARYAM GHAFFAR**
*Associate*

**Beck Redden LLP**
(713) 951-6208 | phone
(713) 951-3720 | fax


1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
website | bio | linkedin | vCard | map | mghaffar@beckredden.com

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Briana Webb <Briana.Webb@oag.texas.gov>
**Sent:** Thursday, December 18, 2025 12:26 PM
**To:** Maryam Ghaffar <mghaffar@beckredden.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>
**Cc:** Randy Hiroshige <randy@texascivilrightsproject.org>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

*** This message came from outside Beck Redden LLP. ***

Good afternoon,

Attached is the proposed protective order with AEO language.

We have productions coming today. Including the updated class member list, multiple classification files and building schedules.

The court is asking if the discovery dispute is pending or if we need a new scheduling order. I think I need to prepare the court that I will seek to stay the case pending maternity leave (except as to settlement discussions and ongoing discovery issues with the current propounded discovery—I have a colleague who can handle this portion while I'm out) and whether plaintiffs are opposed. I am willing to file an unopposed or amended scheduling order to accommodate the maternity leave. Let me know your thoughts on this. Alternatively we can have a quick Teams call at some point today/tomorrow.

**Briana M. Webb**
Division Chief
Law Enforcement Defense Division
P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151

CONFIDENTIALITY NOTE:  This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments

(if any) by unintended recipients is not authorized and may be unlawful.

---

**From:** Briana Webb <Briana.Webb@oag.texas.gov>
**Sent:** Tuesday, December 16, 2025 9:48 PM
**To:** Maryam Ghaffar <mghaffar@beckredden.com>; Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>
**Cc:** Randy Hiroshige <randy@texascivilrightsproject.org>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** Re: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

I am unopposed.

I'd like to confer re: staying the case (except for the currently served discovery and responses pending from both parties and potential settlement discussions) until the second week of April. I will be on maternity leave beginning Jan 12 and will likely return the week of April 6. Please let me know if this something agreeable to you.

Thanks.


**Briana M. Webb**

Division Chief
Law Enforcement Defense Division

P.O. Box 12548
Austin, Texas 78711-2548
T: (512) 463-4151


CONFIDENTIALITY NOTE: This e-mail message, including any attachment(s), contains information that may be confidential, protected by the attorney-client or other legal privileges, and/or proprietary non-public information. If you are not an intended recipient of this message please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message and/or any of its attachments (if any) by unintended recipients is not authorized and may be unlawful.

**From:** Maryam Ghaffar <mghaffar@beckredden.com>
**Sent:** Monday, December 15, 2025 2:56 PM
**To:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>; Briana Webb <Briana.Webb@oag.texas.gov>
**Cc:** Randy Hiroshige <randy@texascivilrightsproject.org>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Sarah Beebe <sbeebe@texascivilrightsproject.org>; Shaun Dodson <sdodson@beckredden.com>; Danyelle Honoré <danyelle@texascivilrightsproject.org>; 0094_0001 _ Curtis Allen Gambill _ Pro_Bono Cases nc Correspondence <{F247270}.Active@br.imanage.work>
**Subject:** RE: Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

Briana,

I hope you are doing well. I am writing to request a 60-day extension of time to serve our responses to Defendant Lumpkin's Interrogatories to each Named Plaintiff, currently due on December 22, 2025. Due to logistical difficulties in reaching and coordinating with our clients to gather necessary information, made more challenging due to the holiday season, we need additional time to prepare complete and accurate responses and to obtain verifications. The new time to respond would be **February 20, 2025**.

Please let us know if you are amenable to this request.

Thanks,

Maryam

**MARYAM GHAFFAR**
*Associate*

**Beck Redden LLP**
(713) 951-6208 | phone
(713) 951-3720 | fax

1221 McKinney Street | Suite 4500 | Houston, Texas 77010-2010
**website | bio | linkedin | vCard | map | mghaffar@beckredden.com**

**CONFIDENTIALITY NOTICE**: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this e-mail message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, do not read it. Please delete it from your system without copying it, and immediately notify the sender by reply email or by calling 713.951.3700, so that our address record can be corrected. Thank you.

**From:** Deborah Woltersdorf <Deborah.Woltersdorf@oag.texas.gov>
**Sent:** Friday, November 21, 2025 1:16 PM
**To:** Maryam Ghaffar <mghaffar@beckredden.com>
**Cc:** Randy Hiroshige <randy@texascivilrightsproject.org>; Alex B. Roberts <aroberts@beckredden.com>; Travis Fife <travis@texascivilrightsproject.org>; Molly Petchenik <molly@texascivilrightsproject.org>; Ashlee McCrary <amccrary@beckredden.com>; Briana Webb <Briana.Webb@oag.texas.gov>
**Subject:** Gambill v Collier REVISED -Defendant Lumpkin's First Set of Interrogatories to Plaintiffs

*** This message came from outside Beck Redden LLP. ***

Maryam,

Attached please find the revised versions of the following documents.

1. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Curtis Gambill
2. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Jesse Wade Holt
3. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Mark Anthony Reyna
4. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Eddie Ray Fowler
5. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Prescilliano Martinez
6. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Raymond Wingfield
7. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff

Britney Gulley

8. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Jerrod Spencer, and

9. Defendant Bobby Lumpkin's First Set of Interrogatories to Plaintiff Ricky Smith.

Sincerely,

Deborah