## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Curtis Allen Gambill, et al.

v.                                                    Case Number: 4:21–cv–01076

Bryan Collier, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Settlement Conference set for 3/23/2026 at 09:00 AM before Magistrate Judge Andrew M Edison, by video.

Date: February 17, 2026

Nathan Ochsner, Clerk, Clerk
s/ 3 RubenCastro, Deputy Clerk