**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CURTIS ALLEN GAMBILL, JESSE WADE HOLT, MARK ANTHONY REYNA, EDDIE RAY FOWLER, PRESCILLIANO MARTINEZ, RAYMOND WINGFIELD, BRITNEY GULLEY, JERROD SPENCER, and RICKY SMITH, *on behalf of themselves and all others similarly situated*, | §§§§§§§§§§§§ | |
| Plaintiffs, | §§ | Civil Case No. 4:21-CV-01076 **CLASS ACTION** |
| vs. | §§ | |
| BRYAN COLLIER, DANIEL DICKERSON, CAROL MONROE, MARICIA JACKSON, ELBERT HOLMES, LONNIE TOWNSEND, JERRY SANCHEZ, BOBBY LUMPKIN, TIMOTHY FITZPATRICK, MELISSA BENNETT, and ERIC GUERRERO, *in their official capacities*, | §§§§§§§§§§ | |
| Defendants. | § | |

**PLAINTIFFS' UNOPPOSED MOTION TO REMOVE JESSE WADE HOLT AS CLASS REPRESENTATIVE AND PLAINTIFF**

Pursuant to Federal Rules of Civil Procedure 21 and 23, Plaintiffs Curtis Gambill, Jesse Wade Holt, Mark Anthony Reyna, Eddie Ray Fowler Jr., Prescilliano Martinez, Raymond Wingfield, Britney Gulley, Jerrod Spencer, and Ricky Smith ("Plaintiffs" or "Named Plaintiffs") respectfully request that the Court (1) remove Jesse Wade Holt as a class representative, and (2) remove Jesse Wade Holt as a plaintiff and dismiss his individual claim without prejudice. In support of this request, Plaintiffs show:

1.      On May 6, 2024, Plaintiffs moved for class certification. Dkt. 107.

1

2.      On March 31, 2025, this Court granted Plaintiffs' motion for class certification, appointed the undersigned as class counsel, and appointed Named Plaintiffs as class representatives. Dkt. 151.

3.      Under Rule 23, the Court's class certification order may be amended at any time before final judgment. Fed. R. Civ. P. 23(c)(1)(C). Amending an order to withdraw a class representative is therefore authorized by Rule 23.

4.      In order to be an adequate class representative, a named plaintiff must be "'willing' and 'able' to 'take an active role in and control the litigation and to protect the interests of absentees.'" *Berger v. Compaq Computer Corp.*, 257 F.3d 475, 479 (5th Cir. 2001) (citation omitted).

5.      Mr. Holt no longer wishes to participate in this case as a class representative, so he no longer satisfies the adequacy requirement under Rule 23.

6.      Mr. Holt's withdrawal as a class representative will not prejudice the interests of absent class members as Plaintiffs Gambill, Reyna, Fowler, Martinez, Wingfield, Gulley, Spencer, and Smith will continue to fairly and adequately protect the interests of the class. And these Plaintiffs and the class will continue to be represented by class counsel who the Court appointed under Rule 23(g). Nor will granting this Motion cause delay or otherwise interfere with the Parties' work in attempting to settle this matter.

7.      Furthermore, under Rule 21, this Court "may at any time, on just terms,. . . drop a party." Fed. R. Civ. P. 21. "[A]bsent a good reason ... a plaintiff should not be compelled to litigate if [he] doesn't wish to." *Click v. Gen. Motors LLC*, No. 2:18-CV-455, 2021 WL 3634695, at *5 (S.D. Tex. Mar. 23, 2021) (quotation omitted).

8.      Mr. Holt no longer wishes to participate in this case as a plaintiff and his

withdrawal will not prejudice any of the remaining parties, so he should be permitted to withdraw. Defendants are unopposed to the relief sought.

## **CONCLUSION**

For these reasons, Plaintiffs respectfully request that this Court (1) remove Jesse Wade Holt as a class representative, and (2) remove Jesse Wade Holt as a plaintiff and dismiss his individual claim without prejudice.

Dated: June 15, 2026

Respectfully submitted,

**BECK REDDEN LLP**

By: /s/ *Alex B. Roberts*
    Alex B. Roberts
    State Bar No. 24056216
    Southern District No. 865757
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720

**OF COUNSEL:**

    Maryam Ghaffar
    State Bar No. 24120847
    Southern District No. 3710605
    mghaffar@beckredden.com
    Shaun Dodson
    State Bar No. 24137914
    sdodson@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720

**ATTORNEY-IN-CHARGE FOR**
**PLAINTIFFS AND PLAINTIFF CLASS**

**TEXAS CIVIL RIGHTS PROJECT**

    Dustin Rynders
    State Bar No. 24048005
    Southern District No. 685541
    dustin@texascivilrightsproject.org
    Sarah Beebe
    State Bar No. 24069362
    sbeebe@texascivilrightsproject.org
    Randall Hiroshige
    State Bar No. 24124299
    Southern District No. 3708688
    randy@texascivilrightsproject.org
    Travis Walker Fife
    State Bar No. 24126956
    Southern District No. 3734502
    travis@texascivilrightsproject.org
    Danyelle Honoré
    State Bar No. 24148514
    Southern District No. 3941620
    danyelle@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073

**ATTORNEYS FOR PLAINTIFFS**

4

## CERTIFICATE OF SERVICE

I certify that on June 15, 2026, a true and correct copy of this document was properly served on all counsel of record via electronic filing.

*/s/ Randall Hiroshige*
Randall Hiroshige

## CERTIFICATE OF CONFERENCE

I certify that on June 15, 2026, Counsel for Plaintiffs conferred with Counsel for Defendants via email. Defendants are unopposed.

*/s/ Randall Hiroshige*
Randall Hiroshige