# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS ALLEN GAMBILL, MARK ANTHONY REYNA, EDDIE RAY FOWLER, PRESCILLIANO MARTINEZ, JUAN ANTONIO DELEON, RAYMOND WINGFIELD, BRITNEY GULLEY, JERROD SPENCER, and RICKY SMITH, *individually on behalf of all others similarly situated*, | § § § § § § § § § § | |
| Plaintiffs, | § § | Civil Case No. 4:21-CV-01076 |
| VS. | § § § | **CLASS ACTION** |
| BRYAN COLLIER, DANIEL DICKERSON, CAROL MONROE, MARICIA JACKSON, ELBERT HOLMES, LONNIE TOWNSEND, JERRY SANCHEZ, BOBBY LUMPKIN, TIMOTHY FITZPATRICK, MELISSA BENNETT, and ERIC GUERRERO, *in their official capacities*, | § § § § § § § § § § | |
| Defendants. | § § § § § § § | |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE AND JOINT MOTION TO STAY DEADLINES

Plaintiffs Curtis Allen Gambill et al., individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants Bryan Collier et al., in their official capacities ("Defendants" and collectively, the "Parties") hereby notify the Court that the Parties have agreed to a settlement in principle and jointly move to stay all deadlines until as such time as the Court is asked to review and approve any proposed settlement under Federal Rule of Civil Procedure 23(e).

The Parties have agreed in principle to a settlement that would resolve all matters in controversy. But while the Parties have agreed to settle this case, Article IX, Section 16.04 of the Texas General Appropriations Act of the Eighty-Ninth Legislative session requires the terms of this settlement to be approved by the Texas Attorney General, the Texas Comptroller, and the Texas Governor. Due to the nature of the settlement agreement at issue in this case, this ratification process may take several months.

Therefore, the Parties respectfully request that the Court stay all deadlines while Defendants obtain necessary approvals of the settlement terms and until such time as the Court is asked to review and approve any proposed settlement under Federal Rule of Civil Procedure 23(e).

July 15, 2026                                          Respectfully submitted,

**ATTORNEYS FOR PLAINTIFFS AND PLAINTIFF CLASS**

**BECK REDDEN LLP**

**OF COUNSEL:**

*/s/ Alex B. Roberts*
    Alex B. Roberts
    State Bar No. 24056216
    Maryam Ghaffar
    Southern District No. 865757
    State Bar No. 24120847
    aroberts@beckredden.com
    Southern District No. 3710605
1221 McKinney Street, Suite 4500
    mghaffar@beckredden.com
Houston, Texas 77010
    Shaun Dodson
Telephone: (713) 951-3700
    State Bar No. 24137914
Facsimile:  (713) 951-3720
    sdodson@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
**ATTORNEY-IN-CHARGE FOR**
Houston, Texas 77010
**PLAINTIFFS AND PLAINTIFF CLASS**
Telephone: (713) 951-3700
Facsimile:  (713) 951-3720

**TEXAS CIVIL RIGHTS PROJECT**

    Dustin Rynders
    State Bar No. 24048005
    Southern District No. 685541
    dustin@texascivilrightsproject.org
    Sarah Beebe
    State Bar No. 24069362
    Southern District No. 1096685
    sbeebe@texascivilrightsproject.org
    Randall Hiroshige
    State Bar No. 24124299
    Southern District No. 3708688
    randy@texascivilrightsproject.org
    Travis Walker Fife
    State Bar No. 24126956
    Southern District No. 3734502
    travis@texascivilrightsproject.org
    Danyelle Honoré
    State Bar No. 24148514
    Southern District No. 3941620
    danyelle@texascivilrightsproject.org
TEXAS CIVIL RIGHTS PROJECT
P.O. Box 17757
Austin, Texas 78760
Telephone: 512-474-5073

**ATTORNEYS FOR DEFENDANTS:**

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

*/s/ Briana M. Webb*
**BRIANA M. WEBB**
Assistant Attorney General
Chief, Law Enforcement Defense Division
briana.webb@oag.texas.gov
Texas State Bar No. 24077883

*/s/ Michael J. Calb*
**MICHAEL CALB**
Michael.calb@oag.texas.gov
Texas State Bar No. 24069362
Office of the Attorney General

P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-2080 / Fax (512) 936-2109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served in accordance with the Federal Rules of Civil Procedure on July 15, 2026, via CM-ECF to all attorneys of record.

*/s/ Maryam Ghaffar*
Maryam Ghaffar
